# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  Angela Blair              )
                                  )  Case No:  10 B 00577
                                  )  Judge:    Goldgar
                                  )  Chapter   13
        **Debtor**                )

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
Debtor: Angela Blair, 5248 Southwick Ct., Matteson, IL 60443
**See Attached Service List**

PLEASE TAKE NOTICE that on July 1, 2014 at 10:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Substitute Attorney, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Drive, Chicago, IL 60606, before 6:00 p.m. on or before June 4, 2014.

_____/s/ Jason Blust___

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-00577<br>Northern District of Illinois<br>Chicago<br>Wed Jun  4 14:37:00 CDT 2014 | B-Line, LLC<br>P.O. Box 91121<br>Dept. 550<br>SEATTLE, WA 98111-9221 | BAC Home Loans Servicing, L.P. fka Countrywi<br>2270 Lakeside Blvd.<br>Third Floor<br>Richardson, TX 75082-4304 |
| BANK OF AMERICA, N.A.<br>2380 Performance Dr.<br>Richardson, TX 75082-4333 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 |
| Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | CitiCorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 |
| Affiliated Radiologists SC<br>Dept 4104<br>Carol Stream, IL 60122-0001 | Angela M Blair<br>5248 Southwick Ct<br>Matteson, IL 60443-2283 | BAC Home Loans Servicing, L.P.<br>c/o Pierce & Associates, P.C.<br>One North Dearborn, Suite #1300<br>Chicago, IL 60602-4321 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Barclays Bank Delaware<br>Attention:  Customer Support Department<br>Po Box 8833<br>Wilmington, DE 19899-8833 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>225 Chastain Meadows Ct., Nw<br>Kennesaw, GA 30144-5897 | Chase Bank USA, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| Chase Manhattan<br>Attn:  Bankruptcy Research Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Citi Flex<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citifinancial Retail Services<br>Po Box 140489<br>Irving, TX 75014-0489 | City of Chicago<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department of Revenue c/o<br>Arnold Scott Harris PC.<br>222 Merchandise Mart Plaza #1932<br>Chicago,IL 60654-1420 |
| Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | David Samson<br>Legal Helpers, PC<br>Sears Tower<br>233 S. Wacker Suite 5150<br>Chicago, IL 60606-6371 | Department of Treasury-Internal Revenue Serv<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Empire/gemb<br>Po Box 981439<br>El Paso, TX 79998-1439 | FIA Card Services aka Bank of America<br>POB 3001<br>Malvern, PA 19355-0701 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |

| | | |
|---|---|---|
| Illinois Student Assistance Commission<br>1755 Lake Cook Road<br>Deerfield IL 60015-5209 | JPMorgan Chase Bank, N.A.<br>201 N. Central Ave.<br>AZ1-1191<br>Phoenix, AZ 85004-0073 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Citibank<br>POB 41067<br>NORFOLK, VA 23541-1067 |
| Rush University Medical Center<br>75 Remittance Dr<br>Dept 1620<br>Chicago, IL 60675-1620 | Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444-1683 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 |
| eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Andrew K. Weiss<br>The Garden City Group, Inc.<br>190 S. LaSalle St.<br>Suite 1925<br>Chicago, IL 60603-3479 | David M. Samson<br>The Law Offices of Ernesto D. Borges, Jr<br>105 W Madison 23rd Floor<br>Chicago, IL 60602-4647 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Michelle K Hinds<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 200<br>Chicago, IL 60606-1392 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)B-Line, LLC<br>P.O. Box 91121<br>Dept. 550<br>Seattle, WA 98111-9221 | (d)CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 |
| (d)Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | (d)Angela M Blair<br>5248 Southwick Ct<br>Matteson, IL 60443-2283 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     5<br>Total                   46 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Angela Blair ) | |
| ) | Case No: 10 B 00577 |
| ) | Judge: Goldgar |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO SUBSTITUTE ATTORNEY

Now comes the Law Office of Jason Blust, LLC, by and through its attorney, Jason Blust, and for its Motion to Substitute Attorney represents as follows:

1. On January 8, 2010, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Law Office of Jason Blust, LLC has agreed to take over representation of all active Chapter 13 cases filed by Macey Bankruptcy Law.

3. Counsel for the Law Office of Jason Blust, LLC has spoken with the Debtor, and she has agreed to be represented by the Law Office of Jason Blust, LLC.

**WHEREFORE**, The Law Office of Jason Blust, LLC and attorney Jason Blust respectfully requests that they be substituted as attorney for Debtor.

Respectfully submitted,

_____/s/ Jason Blust

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001